**Order entered January 5, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00799-CV**

**IN RE KAJIN SHAMDEEN, Relator**

**Original Proceeding from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-02757-2019**

**ORDER**

Before the Court is real party in interest Dildar Naama's December 18, 2020 notice of automatic stay, advising us that his insurance company has been declared in hazardous financial condition and placed into rehabilitation by the 250th Judicial District Court of Travis County, Texas ("the receivership court") in Cause No. D-1-GN-20-006278, *State of Texas v. ACCC Insurance Company*. The receivership court's "Agreed Order Appointing Rehabilitator, Permanent Injunction and Notice of Automatic Stay" was signed on October 21, 2020. Pursuant to Texas Insurance Code § 443.008(d), further action in this cause is automatically stayed for 90 days after the date of the appointment of the receiver, unless the receivership court

extends the stay. Accordingly, for administrative purposes, we **ABATE** this cause. We will reinstate this cause once the 90-day period concludes on **January 20, 2021**, unless any party shows by prompt motion that the receivership court has extended the stay.

Also before the Court is real party in interest Otto Arbizu's December 31, 2020 unopposed first motion for a fourteen-day extension of time to file his response to the petition for writ of mandamus. We **GRANT** the motion, and the response shall be filed **WITHIN FOURTEEN DAYS** after the original proceeding is reinstated by this Court's order.

/s/ AMANDA L. REICHEK
JUSTICE